**Order entered September 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00216-CV

### LASHONDA SMITH, Appellant

### V.

### CLYDE MALONE, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-23407**

## ORDER

Appellant's motion for leave to file a supplemental brief is **GRANTED**. Appellant shall

file any supplemental brief by September 21, 2018.

/s/ LANA MYERS
   PRESIDING JUSTICE